IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MCCORMICK, | CASE NO. 5:12-cv-04434 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| MONTEREY COUNTY, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 30) as well as the notation that settlement discussions continue (see Docket Item No. 29), the court finds that a Status Conference is unnecessary at this time. Accordingly, the Status Conference scheduled for July 5, 2013, is VACATED. The parties shall continue to comply with the deadlines contained in the Case Management Order filed May 21, 2013. See Docket Item No. 28.

**IT IS SO ORDERED.**

Dated: July 1, 2013

EDWARD J. DAVILA
United States District Judge