CHARLES J. McKEE (SBN 152458)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, Third Floor
Salinas, California 93901-2653

Telephone: (831) 755-5045
Facsimile: (831) 755-5283
E-Mail: HolmesJL@co.monterey.ca.us

ATTORNEY FOR DEFENDANTS,
COUNTY OF MONTEREY, DEAN
FLIPPO, STEPHANIE E. HULSEY,
GARY A. CRAFT, JALAINE BRADLEY,
MELANIE ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN MCCORMICK,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF MONTEREY, ET AL.,<br><br>    Defendants. | CASE NO. CV 12-04434EJD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE:ATTENDANCE AT**<br>**SETTLEMENT CONFERENCE** |

## STIPULATION

WHEREAS, the parties and counsel previously participated in mediation before a Court-assigned mediator, and were unable to resolve the case; and

WHEREAS, the parties hope and believe that a resolution of this case may be accomplished with the assistance of a Magistrate Judge James, who has now been assigned to conduct a Settlement Conference on October 18, 2013; and

WHEREAS, the parties, through counsel, agree that the presence of all defendants would not likely assist in the ultimate resolution of the case, and due to budgetary

constraints their attendance to regular work duties in Monterey County is crucial, but defendant GARY CRAFT, Chief District Attorney Investigator during pertinent time periods, and counsel Janet Holmes will have full authority, as authorized by Monterey County and the Board of Supervisors;

IT IS HEREBY STIPULATED, by and through counsel for all parties, that the parties hereby request that the attendance of defendants District Attorney DEAN FLIPPO, STEPHANIE E. HULSEY, JALAINE BRADLEY, and MELANIE ROGERS be excused for the Settlement Conference to be held October 18, 2013.

Dated:  September 27, 2013         CHARLES J. McKEE
                                   County Counsel


                                   By:   /s/ Janet L. Holmes
                                         JANET L. HOLMES, Deputy County Counsel
                                         Attorneys for Defendants, COUNTY OF
                                         MONTEREY, DEAN FLIPPO, STEPHANIE E.
                                         HULSEY, GARY A. CRAFT, JALAINE BRADLEY,
                                         and MELANIE ROGERS

Dated:  September 27, 2013         BONNER & BONNER


                                   By:   /s/ Charles A. Bonner
                                         CHARLES A. BONNER
                                         Attorneys for Plaintiff, JOHN A. MCCORMICK


ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ordered defendants DEAN FLIPPO, STEPHANIE E. HULSEY, JALAINE BRADLEY, and MELANIE ROGERS are excused from attending the October ~~18,~~ 25, 2013 Settlement Conference.

Dated:  October 3, 2013
                                   _____
                                   UNITED STATES DISTRICT COURT
                                   MAGISTRATE JUDGE MARIA-ELENA JAMES